**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Q AND Q REALTY, L.L.C. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 04-3722083 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 95-02 35th Avenue <br> Jackson Heights, NY 11372 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | Queens <br> County | **Location of principal assets, if different from principal place of business** <br> 95-02 35th Avenue Jackson Heights, NY 11372 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    Q AND Q REALTY, L.L.C.                                              Case number *(if known)* _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5311_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☐ No.

☒ Yes.

If more than 2 cases, attach a separate list.

| | District | Eastern District of New York (Brooklyn) | When | 9/9/16 | Case number | 1-16-44044-nhl |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☒ No

☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
| | District | | When | Case number, if known | |

Official Form 201                                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                 page 2

| Debtor | Q AND Q REALTY, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Q AND Q REALTY, L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 2, 2024
           MM / DD / YYYY

**X** /s/   Juan Galvan            Juan Galvan
     Signature of authorized representative of debtor      Printed name

Title   Sole Member

**18. Signature of attorney**

**X** /s/ Steven Amshen        Date   May 2, 2024
     Signature of attorney for debtor            MM / DD / YYYY

Steven Amshen
Printed name

Petroff Amshen LLP
Firm name

1795 Coney Island Avenue
Third Floor
Brooklyn, NY 11230
Number, Street, City, State & ZIP Code

Contact phone   (718) 336-4200      Email address   bankruptcy@petroffamshen.com

5115795 NY
Bar number and State

Fill in this information to identify the case:

Debtor name __Q AND Q REALTY, L.L.C.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 2, 2024__        _Juan Galvan_ _____
                                   Signature of individual signing on behalf of debtor

                                   Juan Galvan
                                   Printed name

                                   Sole Member
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Q AND Q REALTY, L.L.C.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Anthony Ferreisa 5439 100 Street, #201 Corona, NY 11368 | | | Disputed | | | $130,000.00 |
| Antonio Sanchez 1431 Red Apple LN West Palm Beach, FL 33415 | | | Disputed | | | $32,000.00 |
| Bartolo Martinez 160 27th Avenue Brooklyn, NY 11214 | | | Disputed | | | $65,000.00 |
| Erika Ferreira 10 Wilbur Street Hartford, CT 06106 | | | Disputed | | | $125,000.00 |
| Glafira J Alvarez 95-05 35th Avenue, Apt. B4 Jackson Heights, NY 11372 | | | Disputed | | | $48,000.00 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | For Notification Purposes Only | | | | | Unknown |
| Isidro Diaz 5 Beech Terrace Bayport, NY 11705 | | | Disputed | | | $40,000.00 |
| Lisa Rodriguez 35-24 95th Street, Apt. C1 Jackson Heights, NY 11372 | | | Disputed | | | $55,000.00 |
| Magdeline Garcia 33-46 92nd Street. #4X Jackson Heights, NY 11372 | | | Disputed | | | $60,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Q AND Q REALTY, L.L.C. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Manuel Arturo Lliguichuzhca 94-05 35th Avenue, Apt. A4 Jackson Heights, NY 11372 | | | Disputed | | | $45,000.00 |
| NYS Department of Taxation & Finance Bankruptcy Unit - TCD Building 8, Room 455 W.A. Harriman State Campus Albany, NY 12227 | | For Notification Purposes Only | | | | Unknown |
| Pablo Nunez 260 44th Street Copiague, NY 11726 | | | Disputed | | | $14,000.00 |

**Fill in this information to identify the case:**

Debtor name _____Q AND Q REALTY, L.L.C._____

United States Bankruptcy Court for the: _____EASTERN DISTRICT OF NEW YORK_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $      5,000,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $      1,311.17

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $      5,001,311.17

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      5,696,592.28

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $      0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      614,000.00

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b      $      6,310,592.28

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Q AND Q REALTY, L.L.C. _____

United States Bankruptcy Court for the: _____ EASTERN DISTRICT OF NEW YORK _____

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| | 3.1.  Capital One | Checking | 7798 | $1,311.17 |

**4.        Other cash equivalents** *(Identify all)*

| **5.** | **Total of Part 1.** | | |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | $1,311.17 |

### Part 2:        Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:        Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:        Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Q AND Q REALTY, L.L.C.                                    Case number (If known) _____
           Name

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  95-02 35th Avenue, Jackson Heights, New York 11372 - commercial property, 6 units | | $0.00 | N/A | $5,000,000.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  $5,000,000.00 |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Q AND Q REALTY, L.L.C.                                    Case number *(If known)* _____
        Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Q AND Q REALTY, L.L.C.                                    Case number *(If known)* _____
Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,311.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $5,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,311.17 | + 91b. $5,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,001,311.17 |

**Fill in this information to identify the case:**

Debtor name    Q AND Q REALTY, L.L.C.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   9502 35th Ave LLC

Creditor's Name
C/O CORPORATION SERVICE COMPANY
80 State Street
Albany, NY 12207

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2005
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. 9502 35th Ave LLC
2. NYC Water Board
3. New York City Department of Finance

**Describe debtor's property that is subject to a lien**
95-02 35th Avenue, Jackson Heights, New York 11372 - commercial property, 6 units

**Describe the lien**
Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $5,227,706.00    Value of collateral: $5,000,000.00

**2.2**   New York City Department of Finance

Creditor's Name
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2024
**Last 4 digits of account number**
2083

**Describe debtor's property that is subject to a lien**
95-02 35th Avenue, Jackson Heights, New York 11372 - commercial property, 6 units

**Describe the lien**
Real Estate Taxes
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: $83,577.00    Value of collateral: $5,000,000.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Q AND Q REALTY, L.L.C.                                      Case number (if known) _____
                 Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| Specified on line 2.1 | ☒ Disputed |

---

| 2.3 | New York City Department of Finance | Describe debtor's property that is subject to a lien | $264,475.00 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

Creditor's mailing address

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
2083

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including its relative priority. | ☐ Unliquidated |
| Specified on line 2.1 | ☒ Disputed |

---

| 2.4 | NYC Water Board | Describe debtor's property that is subject to a lien | $117,927.00 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Department of Environmental
Protection
59-17 Junction Boulevard
8th Floor

Elmhurst, NY 11373

Creditor's mailing address

**Describe the lien**
Water Bill

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
N/A

**Last 4 digits of account number**
9001

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☒ Yes. Specify each creditor, including its relative priority. | ☐ Unliquidated |
| Specified on line 2.1 | ☒ Disputed |

---

| 2.5 | NYC Water Board | Describe debtor's property that is subject to a lien | $2,907.28 | $5,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Department of Environmental

95-02 35th Avenue, Jackson Heights, New York 11372 - commercial property, 6 units

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Q AND Q REALTY, L.L.C.                                    Case number (if known) _____
_____
Name

Protection
59-17 Junction Boulevard
8th Floor

Elmhurst, NY 11373
_____
Creditor's mailing address

_____

**Describe the lien**
Water Bill
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
N/A

**Last 4 digits of account number**
1001

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1
_____

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,696,592.28 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kriss & Feuerstein LLP<br>360 Lexington Avenue, Suite 1200<br>New York, NY 10017 | Line  2.1 | |
| MRFS IV LLC<br>520 Madison Avenue, Suite 3501<br>New York, NY 10022 | Line  2.1 | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  Q AND Q REALTY, L.L.C.

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred<br>N/A | Basis for the claim:<br>For Notification Purposes Only |  |  |
|  | Last 4 digits of account number 2083<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>NYS Department of Taxation &<br>Finance<br>Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY 12227 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred<br>N/A | Basis for the claim:<br>For Notification Purposes Only |  |  |
|  | Last 4 digits of account number 2083<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>Anthony Ferreisa<br>5439 100 Street, #201<br>Corona, NY 11368 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $130,000.00 |
|  | Date(s) debt was incurred  12/15/2016<br>Last 4 digits of account number  NA | Basis for the claim: _<br>Is the claim subject to offset?  ☒ No   ☐ Yes |  |

Debtor    Q AND Q REALTY, L.L.C. _____    Case number (if known) _____
           Name

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,000.00 |
|---|---|---|---|

Antonio Sanchez
1431 Red Apple LN
West Palm Beach, FL 33285

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 11/28/2014

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $65,000.00 |
|---|---|---|---|

Bartolo Martinez
160 27th Avenue
Brooklyn, NY 11214

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/15/11/28/2015

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $125,000.00 |
|---|---|---|---|

Erika Ferreira
10 Wilbur Street
Hartford, CT 06106

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/15/2016

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48,000.00 |
|---|---|---|---|

Glafira J Alvarez
95-05 35th Avenue, Apt. B4
Jackson Heights, NY 11372

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 01/07/2015

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40,000.00 |
|---|---|---|---|

Isidro Diaz
5 Beech Terrace
Bayport, NY 11705

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 01/07/2015

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55,000.00 |
|---|---|---|---|

Lisa Rodriguez
35-24 95th Street, Apt. C1
Jackson Heights, NY 11372

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 04/03/2015

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60,000.00 |
|---|---|---|---|

Magdeline Garcia
33-46 92nd Street. #4X
Jackson Heights, NY 11372

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 01/07/2017

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45,000.00 |
|---|---|---|---|

Manuel Arturo Lliguichuzhca
94-05 35th Avenue, Apt. A4
Jackson Heights, NY 11372

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 02/20/2015

**Basis for the claim:** _

**Last 4 digits of account number** NA

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Q AND Q REALTY, L.L.C. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,000.00 |
|---|---|---|---|

Pablo Nunez
260 44th Street
Copiague, NY 11726

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  01/08/2015

**Basis for the claim:** _

Last 4 digits of account number  NA

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 614,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 614,000.00 |

**Fill in this information to identify the case:**

Debtor name    Q AND Q REALTY, L.L.C.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of the commercial property to the Tenant | |
| | State the term remaining | Until October 31, 2039 | 2007 Melanie Deli & Grocery Corp. |
| | List the contract number of any government contract | _____ | 95-02 35th Avenue<br>Jackson Heights, NY 11372 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Residential unit lease agreement with the Tenant | |
| | State the term remaining | Until May 31, 2025 | Domingo Paredes |
| | List the contract number of any government contract | _____ | 95-02 35th Avenue, Apt. 3A<br>Jackson Heights, NY 11372 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Residential unit lease agreement with the Tenants | |
| | State the term remaining | Until September 30, 2025 | Glafira Alvarez & Melanie Deloya |
| | List the contract number of any government contract | _____ | 95-02/04 35th Avenue, Apt. 2A<br>Jackson Heights, NY 11372 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of the commercial property to the Tenant | |
| | State the term remaining | Until September 30, 2036 | Leo Laundromat, Inc. |
| | List the contract number of any government contract | _____ | 95-04 35th Avenue<br>Jackson Heights, NY 11372 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1  Q AND Q REALTY, L.L.C.                                    Case number *(if known)* _____

     First Name          Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Residential unit lease agreement with the Tenant | |
|---|---|---|---|
| | State the term remaining | Until December 31, 2025 | |
| | List the contract number of any government contract | _____ | Paulita Paredes<br>95-02 35th Avenue, Apt. 2B<br>Jackson Heights, NY 11372 |

**Fill in this information to identify the case:**

Debtor name _____Q AND Q REALTY, L.L.C._____

United States Bankruptcy Court for the: _____EASTERN DISTRICT OF NEW YORK_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.6 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | 9502 35th Ave LLC | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Isidro Diaz | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.8 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Erika Ferreira | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.9 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Bartolo Martinez | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.10 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Anthony Ferreisa | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |
| 2.11 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Pablo Nunez | ☐ D _____<br>☒ E/F ___3.10___<br>☐ G _____ |

Debtor    Q AND Q REALTY, L.L.C.                                    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

**Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.12 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Magdeline Garcia | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.13 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Glafira J Alvarez | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.14 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Manuel Arturo Lliguichuzhca | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.15 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Antonio Sanchez | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.16 | Juan Galvan | 95-02 35th Avenue<br>Jackson Heights, NY 11372 | Lisa Rodriguez | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name          Q AND Q REALTY, L.L.C.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---------|--------|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other | $42,500.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $165,688.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $154,916.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|--------|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Q AND Q REALTY, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | 9502 35TH AVE LLC, v. Q And Q Realty, L.L.C., Perla Dorada Deli Grocery Corp., Juan D. Galvan-Estevez, et al. 719394/2018 | Foreclosure | SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF QUEENS 88-11 Sutphin Boulevard Jamaica, NY 11435 | ☐ Pending ☒ On appeal ☐ Concluded |
| 7.2. | Altagracia Villar, v. Q and Q Realty, LLC, and 2007 Melanie Deli & Grocery Corp. 703322/2024 | Personal Injury | Supreme Court of the State of New York, County of Queens 88-11 Sutphin Blvd Jamaica, NY 11435 | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Q AND Q REALTY, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Petroff Amshen LLP 1795 Coney Island Avenue, Third Floor Brooklyn, NY 11230 | Attorney`s Fees | April 11, 2024 | $27,000.00 |
| | **Email or website address** bankruptcy@petroffamshen.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

| Debtor | Q AND Q REALTY, L.L.C. | | Case number *(if known)* | |

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

| Debtor | Q AND Q REALTY, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

⊠ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

⊠ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

⊠ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

⊠ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
⊠ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

⊠ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

⊠ None

---

| Debtor | Q AND Q REALTY, L.L.C. | Case number *(if known)* | |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Juan Galvan | | Sole Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Q AND Q REALTY, L.L.C.                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 2, 2024

/s/   Juan Galvan                                       Juan Galvan
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    Sole Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re   Q AND Q REALTY, L.L.C.

_____

Debtor(s)

Case No. _____

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Juan Galvan<br>95-02 35th Avenue<br>Jackson Heights, NY 11372 | 100 | | 100 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   May 2, 2024

Signature   /s/  Juan Galvan

Juan Galvan

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    Q AND Q REALTY, L.L.C.                     Case No. _____

                                    Debtor(s)         Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................. | $ | 27,000.00 |
| Prior to the filing of this statement I have received ....................................... | $ | 27,000.00 |
| Balance Due ................................................................................................ | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     b.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

     May 2, 2024
     *Date*

                     /s/ Steven Amshen
                     Steven Amshen
                     *Signature of Attorney*
                     Petroff Amshen LLP
                     1795 Coney Island Avenue
                     Third Floor
                     Brooklyn, NY 11230
                     (718) 336-4200   Fax: (718) 336-4242
                     bankruptcy@petroffamshen.com
                     *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of New York**

In re  Q AND Q REALTY, L.L.C.                                         Case No. _____

                                                  Debtor(s)             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   May 2, 2024                      /s/  Juan Galvan
                                               Juan Galvan/Sole Member
                                         Signer/Title

Date:   May 2, 2024                      /s/ Steven Amshen
                                             Signature of Attorney
                                         Steven Amshen
                                         Petroff Amshen LLP
                                         1795 Coney Island Avenue
                                         Third Floor
                                         Brooklyn, NY 11230
                                         (718) 336-4200 Fax: (718) 336-4242

2007 Melanie Deli & Grocery Corp.
95-02 35th Avenue
Jackson Heights, NY 11372


9502 35th Ave LLC
C/O CORPORATION SERVICE COMPANY
80 State Street
Albany, NY 12207


Anthony Ferreisa
5439 100 Street, #201
Corona, NY 11368


Antonio Sanchez
1431 Red Apple LN
West Palm Beach, FL 33415


Bartolo Martinez
160 27th Avenue
Brooklyn, NY 11214


Domingo Paredes
95-02 35th Avenue, Apt. 3A
Jackson Heights, NY 11372


Erika Ferreira
10 Wilbur Street
Hartford, CT 06106


Glafira Alvarez & Melanie Deloya
95-02/04 35th Avenue, Apt. 2A
Jackson Heights, NY 11372


Glafira J Alvarez
95-05 35th Avenue, Apt. B4
Jackson Heights, NY 11372


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Isidro Diaz
5 Beech Terrace
Bayport, NY 11705


Juan Galvan
95-02 35th Avenue
Jackson Heights, NY 11372


Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017


Leo Laundromat, Inc.
95-04 35th Avenue
Jackson Heights, NY 11372

Lisa Rodriguez
35-24 95th Street, Apt. C1
Jackson Heights, NY 11372


Magdeline Garcia
33-46 92nd Street. #4X
Jackson Heights, NY 11372


Manuel Arturo Lliguichuzhca
94-05 35th Avenue, Apt. A4
Jackson Heights, NY 11372


MRFS IV LLC
520 Madison Avenue, Suite 3501
New York, NY 10022


New York City Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038


NYC Water Board
Department of Environmental Protection
59-17 Junction Boulevard 8th Floor
Elmhurst, NY 11373


NYS Department of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455 W.A. Harriman State
Albany, NY 12227


Pablo Nunez
260 44th Street
Copiague, NY 11726


Paulita Paredes
95-02 35th Avenue, Apt. 2B
Jackson Heights, NY 11372

# United States Bankruptcy Court
## Eastern District of New York

In re   Q AND Q REALTY, L.L.C.                Case No. _____

                   Debtor(s)          Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Q AND Q REALTY, L.L.C.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 2, 2024                      /s/ Steven Amshen
 
Date                              Steven Amshen
                               Signature of Attorney or Litigant
                               Counsel for    Q AND Q REALTY, L.L.C.
                               Petroff Amshen LLP
                               1795 Coney Island Avenue
                               Third Floor
                               Brooklyn, NY 11230
                               (718) 336-4200  Fax:(718) 336-4242
                               bankruptcy@petroffamshen.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   Q AND Q REALTY, L.L.C.                    **CASE NO.:.** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐   NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☒   THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1.  CASE NO.:   1-16-44044-nhl       JUDGE: Nancy Hershey Lord  DISTRICT/DIVISION:   Eastern District of New York (Brooklyn)

CASE STILL PENDING (Y/N):      N            *[If closed]* Date of closing: 04/05/2017

CURRENT STATUS OF RELATED CASE:  Dismissed - Closed _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  Prior Filing 9/9/2016 _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:  _____

3.  CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____         *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.   Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| /s/ Steven Amshen | |
| Steven Amshen | |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| Petroff Amshen LLP | |
| 1795 Coney Island Avenue | |
| Third Floor | |
| Brooklyn, NY 11230 | Signature of Pro Se Joint Debtor/Petitioner |
| (718) 336-4200   Fax:(718) 336-4242 | |
| | Mailing Address of Debtor/Petitioner |
| | City, State, Zip Code |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.   Dismissal of your petition may otherwise result.